IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00780-PAB

MARAT SALAKHOV,

     Petitioner,

v.

JUAN BALTASAR, Warden of Denver Contract Detention Facility, et al.,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 10] of Judge Philip A. Brimmer entered on March 17, 2026, it is

**ORDERED** that petitioner Marat Salakhov's Petition for Writ of Habeas Corpus [Docket No.1] is **DENIED without prejudice**.  It is further

**ORDERED** that the case is closed.

Dated at Denver, Colorado this 29th day of June, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By: s/ Robert R. Keech
     Robert R. Keech,
     Deputy Clerk